UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MERWIN KLEIN AND
RICHARD KLEIN P/O/A
MERWIN KELIN,

Plaintiffs,                              Case No.: 2:23-cv-01096-SPC-KDC

v.

LEXINGTON INSURANCE COMPANY,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

Defendant, LEXINGTON INSURANCE COMPANY, by and through its undersigned counsel, and pursuant to Local Rule 3.09(a) and this Court's Hurricane Ian Scheduling Order (D.E. 8), hereby notifies this Court that the Parties have resolved this case. The Parties are finalizing settlement paperwork and will file appropriate dismissal papers in a timely manner.

**INTENTIONALLY LEFT BLANK**

Dated: April 16, 2024              Respectfully submitted,

                                                **ROBINSON + COLE LLP**
777 Brickell Avenue, Suite 680
Miami, FL 33131
Telephone: (786) 725-4120
Facsimile: (786) 725-4121

By: */s/ Eugene P. Murphy*
      Eugene P. Murphy
      Florida Bar No. 638501
      emurphy@rc.com
      Nikolaos M. Hernandez
      Florida Bar No.: 1018058
      nhernandez@rc.com
      ***Attorneys for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on April 16, 2024 on all counsel or parties of record on the Service List below.

                                                     */s/ Eugene P. Murphy*

## SERVICE LIST

Garrett William Haakon Clifford, Esq.
**VISHIO FORRY INSURANCE LAWYERS**
1112 Goodlette-Frank Road
Suite 204
Naples, Florida 34102
Tele: 239-703-7210
Email: gclifford@vishioforry.com
service@vishioforry.com
kkelemen@vishioforry.com
*Attorney for Plaintiffs*